# United States Court of Appeals
## For the First Circuit

No. 18-1597

UNITED STATES OF AMERICA,

Appellee,

v.

ALFREDO GONZALEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on January 31, 2020, is amended as follows:

On page 11, line 1, remove "The parties agree that," and capitalize "in"